UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CV-80121-SMITH

EXUM, JR. ET AL,

        Plaintiffs,

vs.

NATIONAL TIRE AND BATTERY ET AL,

        Defendants.
_____/

## **CERTIFICATION AND ORDER OF TRANSFER TO MAGISTRATE JUDGE**

This matter comes before the undersigned on the reassignment of this case to United States District Court Judge Rodney Smith. (DE 34). The undersigned certifies that the above-styled case presently has no referred, fully briefed pending motions and is therefore ready to be transferred to Judge Smith's paired Magistrate Judge.

The Clerk of Court shall hereby transfer the Magistrate Judge assignment for the instant case to Judge Smith's paired Magistrate Judge.

**DONE and ORDERED** in Chambers this 18th day of June, 2019, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE