UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-80121-CIV-SMITH

BRUCE EXUM, JR., et al.,

        Plaintiffs,

v.

NATIONAL TIRE AND BATTERY, et al.,

        Defendants.
_____/

## ORDER OF REFERENCE

THIS CAUSE is before the Court on the parties' Consent to Proceed Before a United States Magistrate Judge [DE 69], in which the parties have consented to have a Magistrate Judge conduct all further proceedings in this matter, including trial and entry of a final judgment. Upon consideration, it is hereby

ORDERED that this matter is hereby referred to United States Magistrate Judge Matthewman for all further proceedings.

DONE and ORDERED in Fort Lauderdale, Florida, this 3rd day of October, 2019.

                                                  RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record