UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Bruce Exum, Jr. and Emilie Palmer, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>National Tire and Battery and TBC Corporation,<br><br>       Defendants. | Case No. 9:19-CV-80121-WM<br><br>Hon. William Matthewman |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE
AMENDED COMPLAINT UNDER SEAL**

  Plaintiffs, Bruce Exum, Jr. and Emilie Palmer, individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move the Court to enter an order allowing Plaintiffs to file the full version of their Amended Complaint (and supporting documents, if any) under seal, and to file a redacted version of the Amended Complaint on the public docket. In support of their motion, Plaintiffs state as follows:

1. In ECF Doc. No. 84, its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, the Court dismissed two of Plaintiffs' claims without prejudice and allowed Plaintiffs until February 11, 2020 to file an Amended Complaint.

2. In drafting their Amended Complaint, Plaintiffs may reference materials

546483.1

produced by Defendants to Plaintiffs and designated as "Confidential" as allowed by the Protective Order in this case. *See* ECF Doc. No. 42 (Stipulated Protective Order).

3. Likewise, in the Amended Complaint, Plaintiffs may reference deposition transcripts designated by Defendants as "Confidential" as allowed by the Protective Order.

4. Only by filing the full document(s) under seal with the Court and redacting the publicly filed version may Plaintiffs adhere to the Protective Order.

5. Local Rule 5.4(b)(1) permits filings under seal if there is a legal and factual basis for the Court to allow it, and the rule provides a process by which Plaintiffs may bring such motion, obtain the Court's approval, and then file the Amended Complaint under seal.

6. Local Rule 5.4(b)(1) requires the movant to describe the proposed sealed material with as much particularity as possible. Plaintiffs therefore state that the materials designated as "Confidential," which would be otherwise referenced in the Amended Complaint, involve Defendants' policies and procedures for facilitating recalls of customers' tires.

7. Plaintiffs hereby state that the proposed duration of the requested sealing would be the duration of this case, unless Plaintiffs or Defendants determine that the documents in question should not have been designated as Confidential and should be un-designated.

8. Filing a redacted public version would mitigate any deviation in this case from

the policy that court filings be public.

9. Per Local Rule 7.1(a)(3), Plaintiffs' counsel hereby certify that they have met and conferred with Defendants' counsel and Defendants do not oppose this motion. Plaintiffs have arranged to notify Defendants about any Confidential-designated material that they plan to reference in the Amended Complaint.

10. No party would be prejudiced by the granting of this motion and entering an order allowing the Amended Complaint and any related documents to be filed under deal.

11. Plaintiffs would be prejudiced by the Court's denial of this motion.

12. Therefore, Plaintiffs respectfully request the Court grant this motion.

Dated: February 3, 2020                             Respectfully submitted,

*/s/ Jordan L. Chaikin*
Jordan L. Chaikin
Florida Bar Number: 0878421
**CHAIKIN LAW FIRM PLLC**
2338 Immokalee Road, Suite 170
Naples, Florida 34110
Telephone: (239) 470-8338
Email: jordan@chaikinlawfirm.com

Cuneo Gilbert & LaDuca, LLP
*/s/* Charles J. LaDuca
Charles J. LaDuca
Brendan S. Thompson
Yifei ("Evelyn") Li
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
charles@cuneolaw.com
brendant@cuneolaw.com
evelyn@cuneolaw.com

3

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
/s/ Robert K. Shelquist
Robert K. Shelquist, #021310X (MN)
Rebecca A. Peterson, #0392663 (MN)
Eric N. Linsk, #0388827 (MN)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com
RNLinsk@locklaw.com

The Kessler Law Firm PLLC
/s/ Chris Kessler
Christopher C. Kessler, #18696 (NC)
PO Box 8064
Greenville, NC 27835
(252) 321-2535
cck@kesslerlawfirmpllc.com

MCDOUGALL LAW FIRM, LLC
/s/ J. Olin McDougall, II
J. Olin McDougall, II, Esquire
Post Office Box 1336
115 Lady's Island Commons
Beaufort, South Carolina 29901-1336
(843) 379-7000
(843) 379-7007-Fax
lin@mlf.law

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the clerk of court this 3rd day of February 2020, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By: */s/ Jordan L. Chaikin*
Jordan L. Chaikin
Florida Bar Number 0878421
**CHAIKIN LAW FIRM PLLC**
2338 Immokalee Road, Suite 170
Naples, Florida 34110
Telephone: (239) 470-8338
Email: jordan@chaikinlawfirm.com

*Counsel for Plaintiffs*