## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Bruce Exum, Jr. and Emilie Palmer,
individually and on behalf of all others
similarly situated,

                          Plaintiffs,

v.

National Tire and Battery and TBC
Corporation,

                          Defendants.

Case No. 9:19-CV-80121-WM

Hon. William Matthewman



FILED BY_____KJZ_____D.C.

Jun 9, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. -  West Palm Beach

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES TO SETTLEMENT CLASS COUNSEL AND PAYMENT OF SERVICE AWARD TO REPRESENTATIVE PLAINTIFFS

**WHEREAS**, the parties executed an agreement to settle this matter, subject to Court approval, on March 11, 2020;

**WHEREAS**, the Court reviewed the parties' Settlement Agreement, and issued an order granting approval to it on April 6, 2020 (ECF No. 98);

**WHEREAS**, Defendants have agreed to pay the amount of up to $645,000.00 to Plaintiffs' Counsel in fees and costs for their efforts to investigate, litigate, and secure the Settlement here; and $7,500.00 as incentive awards for each of the two class representatives for the time and effort they invested in this action;

**WHEREAS**,  the Court has been advised that Defendants do not oppose these awards and payments; and

**WHEREAS**, after considering Plaintiffs' unopposed motion, memorandum of law and supporting materials, and the Court having concluded that Plaintiffs' request for fees, expenses, and the payment of the incentive award are reasonable, permissible under the applicable law, and in accordance with the Settlement Agreement;

**IT IS, ACCORDINGLY, ORDERED AS FOLLOWS:**

Plaintiffs' unopposed motion for an award of Attorneys' Fees and Expenses, and Incentive Awards to Class Representatives is **GRANTED.**  All other payments and costs shall be borne as set forth in the Settlement Agreement or as agreed to by the parties.

**IT IS SO ORDERED**.

Dated: June 9, 2020

Honorable William Matthewman
United States Magistrate Judge